## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

| | | |
|---|---|---|
| IN RE: Lequawna D Lewis | ) | Chapter 13 |
| | ) | Case No. 19 B 21367 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Lequawna D Lewis
PO Box 242
Bloomingdale, IL  60108

Debtor Attorney: Cutler & Associates Ltd
via Clerk's ECF noticing procedures

On October 23, 2019 at 10:30 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, October 1, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case For Unreasonable Delay

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, as Debtor(s) failed to file the required documents pursuant to 11 USC §521, §1307, §349, and Rule 3015, and in support thereof states the following:

1. Debtor(s) filed for Chapter 13 on 07/30/2019.

2. The debtor(s) have failed to maintain payments to the Trustee's office as required under 11 U.S.C. §1326.

3. The debtor(s) have failed to amend schedule B to list the value of their assets.

4. The stay has been extended in this case and the debtor has failed to maintain timely plan payments.

5. The debtor has failed to amend the plan to correctly treat his vehicle.

6. The debtor's failure to confirm a plan in a timely manner constitutes unreasonable delay.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312) 431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE